**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Anne Georges Telasco, <br> Debtor, | Chapter 7 <br> Case No.: 2-21-20280-PRW |

| | |
|---|---|
| Anne Georges Telasco, <br> Plaintiff, <br> v. | Adversary No.: ~~2-21-02002-PRW~~ |
| US Department of Education/GLELSI <br> Defendant. <br> _____/ | |

## COMPLAINT

Plaintiff, Anne Georges Telasco, files this Complaint to declare the debt owed to the

United States Dept. of Education/GLELSI dischargeable pursuant to 11 U.S.C. § 523(a)(8) and

alleges the following in support of her requested relief:

### JURISDICTION

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334(a), 28 U.S.C. §

157(a). This is a "core proceeding" under 28 U.S.C. § 157(b)(2)(I) (determinations as to the

dischargeability of particular debts).

Venue is proper pursuant to 28 U.S.C. §1409(a).

### BACKGROUND

1. Plaintiff filed a petition for relief under chapter 7 of the Bankruptcy Code on May

4, 2021.

2. Plaintiff received a discharge of her debts on August 4, 2021.

3. On August 10, 2021she received said discharge Order. Order attached as Exhibit

"A." Plaintiff is filing this Motion to have her student loan debt declared dischargeable,

pursuant to 11 U.S.C. § 523(a)(8).

## FACTS OF THE CASE

4.   Plaintiff borrowed $80,000.00 during her three years of law school
at the University of Miami to fund her education and to support her family from 1988 to 1991.

5.   After Plaintiff graduated law school, she applied for and received her Florida Bar
license, worked as an attorney and was able to make payments on said loan religiously until
November 2001.

6.   On November 2001, Plaintiff was forced to resign from the practice of law and
had no other source of income.

7.   The Florida Bar disregard Plaintiff's resignation and proceeded to secure a default
ex parte judgment of conviction for theft, a second degree felony, against her.

8.   When Plaintiff discovered the felony judgment in 2008, she immediately filed a
writ of certiorari for a corrective order with the United States Supreme Court since Plaintiff had
not committed theft or any other crime.

9.   The court did not accept her writ on the grounds that it was untimely.

10.  Plaintiff has been characterized as a low life felon for the past 20 plus years and
continuing.

11. This judgment not only bars Plaintiff from the practice of law but it also forecloses
all other non-legal employment or income making opportunities.

12. In 2019, Plaintiff filed a defamation action against The Florida Bar,
in federal court.   The district court found that the felony conviction for theft against Telasco
was the product of fabrication and was obtained ex parte.  A copy of the court's finding of fact
and conclusion is attached as Exhibit "B."

13. Plaintiff has been unable to make any meaningful payment toward her student loans since November 2001.

14. Unable to earn any income above the poverty level, Plaintiff have systematically requests and receives income base deferment or forbearance of her loan.

15. This have resulted in Plaintiff not having to make any payments toward her student loan and no late fees are charged.

16. However, the authorized deferments and forbearances, which carry compound interest that are added to the loan on a monthly basis have caused Plaintiff's $80,000.00 loan to increase to $281,941.04 as of August 11, 2021. Copy of Student Loan Obligation Statement attached as Exhibit "C."

17. The dischargeability of this Student Loan is the subject of this complaint.

18. Plaintiff's current monthly income is $1,525.00 and her expenses are $1,509.00 leaving Plaintiff with a current monthly income of $16.00. See Sched. I & J attached as Exhibit "D."

19. The calculated monthly payment required to be made under the student loan is $2,779.00 per month.

## COUNT I
## PLAINTIFF'S STUDENT LOAN DEBT
## IS DISCHARGEABLE UNDER 11 U.S.C. § 523(a)(8)

20. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 19.

21. Plaintiff cannot maintain, based on her current income and expenses, a 'minimal' standard of living for herself if forced to repay the loans as her income for the past 20 years has been less than $18,000.00 per year. See Exhibit "E."

22. Additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period of the student loans because The Florida Bar ex parte fraudulent judgment of conviction for theft against Plaintiff has foreclosed all legal and non-legal employment opportunities to plaintiff for the past 20 plus years.

23. Plaintiff was allowed to stop making payments toward her student loan because her low income has made her ineligible to participate in any income-base payment plan.

24. This has resulted in Plaintiff receiving deferments or forbearance every year from November 2001 to the present because her income has consistently been less than $18,000 per year for the past 20 plus years.

25. Plaintiff is now 59 years old.

WHEREFORE, Plaintiff, Anne Georges Telasco, respectfully requests that the Court discharge her student loan debt under 11 U.S.C. § 523(a)(8) and for such other and further relief the Court deems appropriate.

Date: August 12, 2021

Anne Georges Telasco
Pro Se Plaintiff/Debtor

## <u>CERTIFICATE OF SERVICE</u>

I hereby Certify that a true and correct copy of the foregoing Complaint was sent via First class mail with delivery confirmation and regular mail to US Department of Education/GLELSI, P.O. Box 7860, Madison, WI 53707 this _____ day of August 2021.

Anne Georges Telasco
Pro Se Plaintiff/Debtor

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Anne Georges Telasco** | | Social Security number or ITIN | **xxx–xx–7907** |
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | | |
| United States Bankruptcy Court | **Western District of New York** | | | |
| Case number: | **2–21–20280–PRW** | | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Anne Georges Telasco**
aka Anne Telasco Harris

<u>August 4, 2021</u>

By the court:    <u>Paul R. Warren</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Exhibit "A"

Official Form 318

**Order of Discharge**

page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318               **Order of Discharge**                    page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22135-CIV-SMITH

ANNE GEORGES TELASCO,

      Plaintiff,

v.

THE FLORIDA BAR,

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on Defendant, The Florida Bar's Motion to Dismiss Second Amended Complaint [DE 66]; Plaintiff, Anne Georges Telasco's Opposition to the Motion [DE 70]; and Defendant's Reply [DE 73]. Plaintiff, a former member of The Florida Bar (or "the Bar"), sues the Bar for defamation in connection with disbarment proceedings and alleged fabricated contents of a grievance letter issued by the Bar. The Florida Bar argues that Plaintiff's Second Amended Complaint [DE 53] should be dismissed because it fails to state a claim and this suit is barred by the Eleventh Amendment to the United States Constitution, absolute immunity, and the *Rooker-Feldman* doctrine. The Court agrees that it lacks subject matter jurisdiction under the Eleventh Amendment. Thus, the Motion is granted and this case is dismissed without prejudice.

**I.     BACKGROUND**

In her 318-paragraphs-long Second Amended Complaint, Plaintiff alleges claims against The Florida Bar for defamation per se, defamation, and defamation by implication. In deciding this Motion, the Court accepts all allegations in the Second Amended Complaint as true.

Plaintiff passed The Florida Bar exam in 1992 and became a licensed member of the Bar. (Sec. Am. Compl. ¶ 23.) She opened her own law firm in 1993, focusing her practice on family

Exhibit "B"

law, discrimination law, and civil rights litigation. (*Id.* ¶ 24.) In 1994, Plaintiff filed employment discrimination actions against an international hotel chain on behalf of eight employees ("the Litigation"). (*Id.* ¶ 56.) Five years into the Litigation, one case was dismissed after a full administrative evidentiary hearing and, in two other cases, jury trials resulted in a finding of discrimination but gave no monetary award. (*Id.* ¶ 62.) Before the start of the third trial, the parties to the Litigation settled all eight cases for $300,000, agreeing to a payment plan of six payments of $50,000 over the course of six months. (*Id.* ¶¶ 63-64.)

Plaintiff sent a letter to all eight clients informing them of the time and date to collect their settlement checks. (*Id.* ¶ 73.) One client decided he no longer wanted to share settlement proceeds with the client whose case was dismissed and the clients who failed to recover at trial. (*Id.*) This dissatisfied client took his settlement statement to another attorney, Jonathan D. Wald, for review. (*Id.*) Upon receiving the settlement statement, Mr. Wald demanded that Plaintiff provide him with a copy of the confidential settlement agreement and access to her files, claiming he needed to review Plaintiff's costs and expenditures against the itemized settlement statements she had given to the clients. (*Id.* ¶ 77.) When Plaintiff refused his demand, Mr. Wald sent a letter to The Florida Bar purportedly on behalf of the dissatisfied client, asking the Bar to file a formal grievance against Plaintiff. (*Id.* ¶ 78.)

Around December 1999, the Bar opened an investigation into the validity of costs and expenses Plaintiff incurred in the eight cases. (*Id.* ¶ 79.) The Bar hired Carlos J. Ruga to audit Plaintiff's financial records. (*Id.* ¶ 80.) Mr. Ruga issued his findings ("Report") on July 14, 2000, concluding that all costs and expenses were incurred and properly paid and finding no violation of The Florida Bar Rules. (*Id.* ¶¶ 83-84.) The Bar ignored the Report and refused to give Plaintiff a copy of the Report. (*Id.*) Instead, the Bar immediately appointed Joseph Ganguzza, then-

2

Chairman of the Bar's Grievance Committee and a friend of Mr. Wald, to determine whether probable cause existed for Plaintiff's disbarment. (*Id.*) Upon appointment, Mr. Ganguzza advised Plaintiff he would close the investigation if she agreed to give the $300,000 in settlement funds to Mr. Wald, which Plaintiff refused to do. (*Id.* ¶¶ 87-88.) Following this discussion, Plaintiff retained attorney William Ullman to represent her. (*Id.* ¶ 95.)

Mr. Ullman brokered a settlement with the Bar, resulting in the Bar sending a Petition for Disciplinary Resignation and an Affidavit to Mr. Ullman for Plaintiff's signature. (*Id.* ¶¶ 96-97.) Mr. Ullman advised Plaintiff to sign the Petition, which would have made Plaintiff eligible to apply for readmission to the Bar after three or five years and would have allowed her to work as a paralegal in the interim. (*Id.* ¶¶ 100-101.) Instead of signing this Petition, on October 30, 2001, Plaintiff prepared her own resignation packet, which she submitted to the Bar at some point. (*Id.* ¶¶ 105, 108, 111-112.) Around this time, she asked Mr. Ullman to withdraw from her case. (*Id.* ¶ 106.) Additionally, on November 6, 2001, Plaintiff hand delivered to the judge apparently presiding over her disbarment proceedings a notice of filing settlement funds and a cashier's check payable to the Florida Supreme Court in the amount of $49,147.70—the sum owed to the clients she represented in the Litigation. (*Id.* ¶¶ 107-108.)

Following her resignation, Plaintiff moved to New York in early 2002. (*Id.* ¶ 130.) In September 2008, Plaintiff decided to apply to the New York Bar. (*Id.* ¶ 141.) Plaintiff requested a letter of good standing and a grievance letter from The Florida Bar. (*Id.* ¶ 142.) The Florida Bar did not issue a letter of good standing, but around September 24, 2008, Plaintiff received a grievance letter. (*Id.* ¶¶ 142, 144.) This grievance letter (and a similar version issued by the Bar in 2018) forms the basis of Plaintiff's defamation claim. The grievance letter is defamatory because it reflects cases The Florida Bar fabricated against Plaintiff; that is, instead of the one case

3

that led to Plaintiff's resignation, the grievance letter lists a total of four cases against Plaintiff, all stemming from the Litigation. (*Id.* ¶¶ 144-161.) The Bar did not provide Plaintiff with notice of these actions. (*Id.*) The grievance letter also fails to mention that Plaintiff submitted the settlement funds to the Bar, it attaches an incomplete copy of Plaintiff's resignation packet, and gives the false impression that the judgment of disbarment for theft entered against Plaintiff was not obtained *ex parte* and by default. (*Id.*) The grievance letter also incorporates an amended, "doctored" version of the auditor's Report. (*Id.* ¶¶ 178-199.) Based on this amended Report, the Florida Supreme Court entered a judgment of disbarment for theft against Plaintiff on July 11, 2002. (*Id.* ¶ 203.) The Florida Bar failed to disclose to the Florida Supreme Court that Plaintiff submitted the settlement funds to Bar on November 6, 2001. (*Id.* ¶¶ 200-206.) Later, Plaintiff discovered a fifth fabricated case, which was not listed in the grievance letter and was viewable only by pulling Plaintiff's Florida Bar file. (*Id.* ¶¶ 207-218.)

Upon discovering these five fabricated cases, on February 20, 2009, Plaintiff filed a Petition for Writ of Certiorari with the United States Supreme Court. (*Id.* ¶ 219.) The Supreme Court denied the Petition for Writ of Certiorari as untimely. (*Id.*) The ruling sent Plaintiff into a 10-year long battle with depression. (*Id.* ¶¶ 219-227.)

In 2018, Plaintiff reapplied for admission to the New York Bar. (*Id.* ¶¶ 230-236.) She reapplied not to practice law but hopefully to clear her name; she hoped New York would review all the evidence pertaining to her Florida disbarment and would view the Florida judgment of theft as a fabrication by The Florida Bar. (*Id.*) Needing to provide updated material to the New York Bar, Plaintiff requested a grievance letter from The Florida Bar. (*Id.*) Around March 27, 2018, Plaintiff received a grievance letter from The Florida Bar that was an exact match of the letter the Bar sent her in 2008. (*Id.*) The Bar reissued this letter ten years after it became aware that the

Description: Main Document , Page 10 of 26

judgment of disbarment for theft against Plaintiff was fraudulently obtained and was the product of fabricated charges. (*Id.*) Plaintiff has learnt that most state bars, including New York, will honor and accept The Florida Bar's judgment of theft against her. (*Id.* ¶ 235.) In this suit, Plaintiff seeks $75,000 in compensatory and actual damages and $75,000 in punitive damages against The Florida Bar for defamation. (*Id.* ¶¶ 316-317.)

## II.    DISCUSSION

The Eleventh Amendment to the United State Constitution, as interpreted by the United States Supreme Court, prohibits federal courts from exercising subject matter jurisdiction in suits brought against a state by a citizen of that state or citizens of another state. *Welch v. Texas Dep't of Highways & Pub. Transp.*, 483 U.S. 468, 472 (1987). "The amendment applies even when a state is not named as a party of record, if for all practical purposes the action is against the state." *Schopler v. Bliss*, 903 F.2d 1373, 1378 (11th Cir. 1990) (citation omitted). Thus, as a department of the State of Florida, the Florida Supreme Court also has Eleventh Amendment immunity. *Uberoi v. Supreme Court of Fla.*, 819 F.3d 1311, 1313-14 (11th Cir. 2016) (citing Fla. Const. art. V, § 1). The Florida Supreme Court has established The Florida Bar as "an official arm of the court." R. Regulating Fla. Bar, Intro. Therefore, as a state agency, The Florida Bar is also covered by the Eleventh Amendment, which deprives this Court of subject matter jurisdiction over this suit. *See Kaimowitz v. The Fla. Bar*, 996 F.2d 1151, 1155 (11th Cir. 1993) (noting well-settled law that the "[t]he Eleventh Amendment prohibits actions against state courts and state bars," and affirming district court order dismissing suit against The Florida Bar for lack of subject matter jurisdiction under the Eleventh Amendment).

Plaintiff acknowledges that The Florida Bar is a state agency but argues that "[t]he Florida Legislature has waived sovereign immunity from traditional tort suits to the extent set out in

5

Section 768.28, Florida Statutes." (Pl.'s Resp. at 12-13; *see also* Sec. Am. Compl. ¶¶ 42-43.) Plaintiff is wrong. Evidence that a state has waived sovereign immunity in its own courts is not by itself sufficient to establish waiver of Eleventh Amendment immunity from suit in federal court, and the Eleventh Circuit has held that section 768.28 does not waive Florida's Eleventh Amendment immunity. *Schopler*, 903 F.2d at 1379 (holding that the district court erred in interpreting section 768.28 as a statutory waiver of Eleventh Amendment immunity and, by extension, finding that the Florida Department of Professional Regulation and the Florida Board of Dentistry ("the Board") were entitled to absolute immunity from suit against these state agencies and individual Board members; the suit alleged that Board members made false and defamatory statements against the plaintiff). Here, The Florida Bar is entitled to Eleventh Amendment immunity. Accordingly, it is

     **ORDERED** that:

     1. Defendant, The Florida Bar's Motion to Dismiss Second Amended Complaint [DE 66] is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

     2. All pending motions not otherwise ruled on are **DENIED AS MOOT**.

     3. This case is **CLOSED**.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of August 2020.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**



ANNE G. TELASCO
GREAT LAKES ID: 10-2424626

# Student Loan Obligation Statement

Your Student Loan Obligation Statement provides you a snapshot of where you are with your student loan situation. You'll find the original loan amount with the remaining balance. Use the printer-friendly view if you'd like to print a record of your loan situation as of today.

## Your Student Loan Obligation Statement as of August 11, 2021

### Consolidation Loans

U.S. DEPARTMENT OF EDUCATION (760581)
Balance: $281,941.04

Loan Details

| | |
|---|---|
| Payment Reference Number: | 102424626000004 |
| Date Account Opened: | 2000-07-31 |
| Original Loan Amount: | $81,001.21 |
| Status: | Forbearance |
| Status Begin Date: | 05/04/2021 |
| Status End Date: [1] | 10/31/2021 |
| Estimated Monthly Payment: | $0 |
| Repayment Plan: | Income-Based |

[1] Your scheduled monthly payment will be recalculated following this date. The first payment will be due approximately 1 month later.

Balance

Exhibit "C"

| Unsubsidized Principal: | $265,399.58 @ 0.000% fixed |
| --- | --- |
| Accrued Interest: | $16,541.46 |
| Total Balance: | $281,941.04 |

Printed from **mygreatlakes.org** on **8/11/2021, 4:50PM Central Time**

Form **1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2006**  (99)  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning , 2006, ending , 20  OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial: **ANNE G.**  Last name: **TELASCO**
Your social security number: ▮▮▮

If a joint return, spouse's first name and initial  Last name
Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 16.  **7330 BISCAYNE BLVD**  Apt. no.
You must enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.  **MIAMI, FL 33138**
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16)  ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here.
4 ☒ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
lived with you **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| ANGELICA ESPESIMUA | ▮▮▮ | Daughter | ☒ |
| HAVDHIE E. HARRIS | ▮▮▮ | Son | ☐ |
| YVA J. FREEL | ▮▮▮ | Mother | ☐ |

If more than four dependents, see page 19.

did not live with you due to divorce or separation (see page 20) **0**
Dependents on 6c not entered above **1**

d Total number of exemptions claimed
Add numbers on lines above **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. Do not include on line 8a | 8b |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends (see page 23) | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 9,200 00 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions  15a | b Taxable amount (see page 25) | 15b |
| 16a | Pensions and annuities  16a | b Taxable amount (see page 26) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | (8,487 79) |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits  20a | b Taxable amount (see page 27) | 20b |
| 21 | Other income. List type and amount (see page 29) | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 22 | 712 21 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |
| 29 | Self-employed health insurance deduction (see page 29) | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid  b Recipient's SSN | 31a |
| 32 | IRA deduction (see page 31) | 32 |
| 33 | Student loan interest deduction (see page 33) | 33 |
| 34 | Jury duty pay you gave to your employer | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income | 37 | 712 21 |

**Exhibit "E"**

Form 1040 (2006)  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 772 21 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,092 05 |
| | 41 | Subtract line 40 from line 38 | 41 | 4,379 84 |
| People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | 12,400 00 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | |
| All others: | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| Single or Married filing separately, $5,150 | 46 | Add lines 44 and 45 | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| Head of household, $7,550 | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ___ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 57 | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax | 63 | |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | 72 | |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | |
| Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | |
| | b | Routing number | | |
| | c | Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 | 76 | |
| | 77 | Estimated tax penalty (see page 62) | 77 | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see page 63)? ☐ Yes. Complete the following. ☒ No

Designee's name _____ Phone no. ( ) _____ Personal identification number (PIN) _____

**Sign Here** Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.
Keep a copy for your records.

Your signature _____ Date 5/30/07   Your occupation Real Estate Investor/Paralegal   Daytime phone number 786 348-3473

Spouse's signature. If a joint return, both must sign.  Date _____  Spouse's occupation _____

**Paid Preparer's Use Only** Preparer's signature _____ Date _____ Check if self-employed ☐  Preparer's SSN or PTIN _____

Firm's name (or yours if self-employed) _____  EIN _____

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2008**   (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning _____ , 2008, ending _____ , 20 _____   OMB No. 1545-0074

**Label**
(See instructions on page 14.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: **ANNE G.**   Last name: **TELASCO**

If a joint return, spouse's first name and initial: _____   Last name: _____

Your social security number: ~~████~~

Spouse's social security number: ~~████~~

Home address (number and street). If you have a P.O. box, see page 14.   Apt. no.

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14. **Rochester NY 14611**

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ►   ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1  ☐ Single
2  ☐ Married filing jointly (even if only one had income)
3  ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4  ☑ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5  ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a
b  ☐ Spouse

c  Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 17) |
|---|---|---|---|
| Angelica Eshosinua 4 va J. Freel | ~~████~~ | Daughter mother | ☑ ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see page 17.

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see page 18): 
Dependents on 6c not entered above: **1**
Add numbers on lines above ► **3**

d  Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 **(Conodes + Corcoran Employer)** | 7 | 11,927 | 75
8a  Taxable interest. Attach Schedule B if required | 8a | —
b  Tax-exempt interest. Do not include on line 8a | 8b |
9a  Ordinary dividends. Attach Schedule B if required | 9a | —
b  Qualified dividends (see page 21) | 9b |
10  Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | —
11  Alimony received | 11 |
12  Business income or (loss). Attach Schedule C or C-EZ | 12 | 17,663 | 00
13  Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | —
14  Other gains or (losses). Attach Form 4797 | 14 |
15a  IRA distributions | 15a |   b Taxable amount (see page 23) | 15b | —
16a  Pensions and annuities | 16a |   b Taxable amount (see page 24) | 16b | —
17  Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | —
18  Farm income or (loss). Attach Schedule F | 18 | —
19  Unemployment compensation | 19 | —
20a  Social security benefits | 20a |   b Taxable amount (see page 26) | 20b | —
21  Other income. List type and amount (see page 28) | 21 |
22  Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 29,590 | 75

**Adjusted Gross Income**

23  Educator expenses (see page 28) | 23 |
24  Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | —
25  Health savings account deduction. Attach Form 8889 | 25 | —
26  Moving expenses. Attach Form 3903 | 26 | —
27  One-half of self-employment tax. Attach Schedule SE | 27 | —
28  Self-employed SEP, SIMPLE, and qualified plans | 28 | —
29  Self-employed health insurance deduction (see page 29) | 29 | —
30  Penalty on early withdrawal of savings | 30 | —
31a  Alimony paid  b Recipient's SSN ► | 31a | —
32  IRA deduction (see page 30) | 32 | —
33  Student loan interest deduction (see page 33) | 33 | —
34  Tuition and fees deduction. Attach Form 8917 | 34 | —
35  Domestic production activities deduction. Attach Form 8903 | 35 | —
36  Add lines 23 through 31a and 32 through 35 | 36 |
37  Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | 29,590 | 75

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.   Cat. No. 11320B   Form **1040** (2008)

Form 1040 (2008)

Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 29,590 75 |

39a Check □ You were born before January 2, 1944, □ Blind. Total boxes
if: □ Spouse was born before January 2, 1944, □ Blind. checked ▶ 39a □
b If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b □

**Standard Deduction for—**
c Check if standard deduction includes real estate taxes or disaster loss (see page 34) ▶ 39c □

| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 7,039 20 |
|---|---|---|---|
| 41 | Subtract line 40 from line 38 | 41 | 22,551 55 |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see page 36. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 10,500 00 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 12,051 55 |

**• People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see page 34.**

**• All others:**

Single or Married filing separately, $5,450

Married filing jointly or Qualifying widow(er), $10,900

Head of household, $8,000

| 44 | Tax (see page 38). Check if any tax is from: a □ Form(s) 8814  b □ Form 4972 | 44 | |
|---|---|---|---|
| 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 | ▶ 46 | |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| 50 | Education credits. Attach Form 8863 | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| 52 | Child tax credit (see page 42). Attach Form 8901 if required | 52 | | |
| 53 | Credits from Form: a □ 8396  b □ 8839  c □ 5695 | 53 | | |
| 54 | Other credits from Form: a □ 3800  b □ 8801  c □ | 54 | | |
| 55 | Add lines 47 through 54. These are your total credits | 55 | |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- | ▶ 56 | |

**Other Taxes**

| 57 | Self-employment tax. Attach Schedule SE | 57 | |
|---|---|---|---|
| 58 | Unreported social security and Medicare tax from Form: a □ 4137  b □ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60 | Additional taxes: a □ AEIC payments  b □ Household employment taxes. Attach Schedule H | 60 | |
| 61 | Add lines 56 through 60. This is your total tax | ▶ 61 | |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | | |
|---|---|---|---|---|
| 63 | 2008 estimated tax payments and amount applied from 2007 return | 63 | | |
| 64a | Earned income credit (EIC) | 64a | | |
| b | Nontaxable combat pay election | 64b | | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see page 61) | 65 | | |
| 66 | Additional child tax credit. Attach Form 8812 | 66 | | |
| 67 | Amount paid with request for extension to file (see page 61) | 67 | | |
| 68 | Credits from Form: a □ 2439  b □ 4136  c □ 8801  d □ 8885 | 68 | | |
| 69 | First-time homebuyer credit. Attach Form 5405 | 69 | | |
| 70 | Recovery rebate credit (see worksheet on pages 62 and 63) | 70 | | |
| 71 | Add lines 62 through 70. These are your total payments | ▶ 71 | |

**Refund**

Direct deposit? See page 63 and fill in 73b, 73c, and 73d, or Form 8888.

| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 72 | |
|---|---|---|---|
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ □ | 73a | |
| b | Routing number _____ ▶ c Type: □ Checking □ Savings | | |
| d | Account number _____ | | |
| 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | | |

**Amount You Owe**

| 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see page 65 ▶ | 75 | |
|---|---|---|---|
| 76 | Estimated tax penalty (see page 65) | 76 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 66)? □ Yes. Complete the following. ☒ No

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**

Joint return? See page 15. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _(signed)_   Date 9/9/10   Your occupation Real Estate   Daytime phone number
Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation Investor Paralegal   347 545 9446

**Paid Preparer's Use Only**

Preparer's signature ▶     Date     Check if self-employed □     Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶     EIN
Phone no. (   )

Printed on recycled paper

Form 1040 (2008)

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | | **2016** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. | |
|---|---|---|---|---|---|---|

**U.S. Individual Income Tax Return**

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____, 2016, ending _____, 20____    See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Anne G | Telasco | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Rochester NY 14611

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . .

| c  Dependents: | | | |
|---|---|---|---|
| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
| Anngelica-Marie O Eshesimua | | Daughter | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ **1**, **2**

d   Total number of exemptions claimed . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 18,978. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities   16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 18,978. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | 1,341. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 1,341. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 17,637. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA      REV 01/25/17 Intuit.cg.cfp.sp      Form **1040** (2016)

Form 1040 (2016)

Page **2**

| | 38 | Amount from line 37 (adjusted gross income) | | 38 | 17,637. |
|---|---|---|---|---|---|

**Tax and Credits**

| 39a | Check if: | You were born before January 2, 1952, ☐ Blind. ⎫ Total boxes | | | |
|---|---|---|---|---|---|
| | | Spouse was born before January 2, 1952, ☐ Blind. ⎭ checked ► 39a | | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ► 39b ☐ | | | | |

**Standard Deduction for—**
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $6,300
Married filing jointly or Qualifying widow(er), $12,600
Head of household, $9,300

| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 6,300. |
|---|---|---|---|---|
| 41 | Subtract line 40 from line 38 | | 41 | 11,337. |
| 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | | 42 | 8,100. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 3,237. |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | | 44 | 323. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| 47 | Add lines 44, 45, and 46 | ► | 47 | 323. |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| 50 | Education credits from Form 8863, line 19 | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | | |
| 55 | Add lines 48 through 54. These are your total credits | | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | ► | 56 | 323. |

**Other Taxes**

| 57 | Self-employment tax. Attach Schedule SE | | 57 | 2,681. |
|---|---|---|---|---|
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| 60a | Household employment taxes from Schedule H | | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | | 61 | 0. |
| 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | | 62 | |
| 63 | Add lines 56 through 62. This is your total tax | ► | 63 | 3,004. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | | | |
|---|---|---|---|---|---|
| 65 | 2016 estimated tax payments and amount applied from 2015 return | 65 | | | |
| 66a | Earned income credit (EIC)    No | 66a | | | |
| b | Nontaxable combat pay election | 66b | | | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | | | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | | | |
| 70 | Amount paid with request for extension to file | 70 | | | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | | |
| 73 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 73 | | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments | ► | 74 | | |

**Refund**

Direct deposit? See instructions.

| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | | 75 | |
|---|---|---|---|---|
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ► ☐ | | 76a | |
| ► b | Routing number  X X X X X X X X X ► c Type: ☐ Checking ☐ Savings | | | |
| ► d | Account number  X X X X X X X X X X X X X X X X | | | |
| 77 | Amount of line 75 you want applied to your 2017 estimated tax ► | 77 | | |

**Amount You Owe**

| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ► | | 78 | 3,004. |
|---|---|---|---|---|
| 79 | Estimated tax penalty (see instructions) | 79 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No

Designee's name ►          Phone no. ►          Personal identification number (PIN) ►

**Sign Here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature          Date 7/8/17   Your occupation real estate management   Daytime phone number (347)545-2496

Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| Firm's name ► Self-Prepared | | | | Firm's EIN ► | |
| Firm's address ► | | | | Phone no. | |

www.irs.gov/form1040

REV 01/23/17 Intuit.cg.cfp.sp

Form **1040** (2016)

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | | | |
|---|---|---|---|---|

**U.S. Individual Income Tax Return** **2018** OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

Filing status: ☐ Single ☐ Married filing jointly ☐ Married filing separately ☑ Head of household ☐ Qualifying widow(er)

Your first name and initial: Anne G.
Last name: Telasco
Your social security number: ▇▇▇▇▇

Your standard deduction: ☐ Someone can claim you as a dependent ☐ You were born before January 2, 1954 ☐ You are blind

If joint return, spouse's first name and initial — Last name — Spouse's social security number

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent ☐ Spouse was born before January 2, 1954
☐ Spouse is blind ☐ Spouse itemizes on a separate return or you were dual-status alien ☐ Full-year health care coverage or exempt (see inst.)

Home address (number and street). If you have a P.O. box, see instructions. — Apt. no.
Presidential Election Campaign (see inst.) ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
Rochester, New York 14611
If more than four dependents, see inst. and ✓ here ▶ ☐

Dependents (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |  |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
| Anngelica-Marie O. EshesImua | ▇▇▇▇▇ | Daughter | ☑ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature — Date: 1/8/19 — Your occupation: Real Estate Management — If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Spouse's signature. If a joint return, both must sign. — Date — Spouse's occupation — If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**
Preparer's name: NOT APPLICABLE
Preparer's signature — PTIN — Firm's EIN — Check if: ☐ 3rd Party Designee ☐ Self-employed
Firm's name ▶ — Phone no. 585-201-2492
Firm's address ▶

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B  Form **1040** (2018)

Form 1040 (2018)
Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | |
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 2a | Tax-exempt interest . . . | 2a | | b Taxable interest . . . 2b | |
| | 3a | Qualified dividends . . | 3a | | b Ordinary dividends . . 3b | |
| | 4a | IRAs, pensions, and annuities . | 4a | | b Taxable amount . . . 4b | |
| | 5a | Social security benefits . . | 5a | | b Taxable amount . . . 5b | |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22  17,172 | | | 6 | 17,172 |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 . . . . . . . . . . . . . . . . . | | | 7 | 15,371 |
| Standard Deduction for— • Single or married filing separately, $12,000 • Married filing jointly or Qualifying widow(er), $24,000 • Head of household, $18,000 • If you checked any box under Standard deduction, see instructions. | 8 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . | | | 8 | 18,000 |
| | 9 | Qualified business income deduction (see instructions) . . . . . . . . . . | | | 9 | |
| | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- . . . . . | | | 10 | (-2,629) |
| | 11 | a Tax (see inst.)  1,213  (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ _____ ) | | | | |
| | | b Add any amount from Schedule 2 and check here . . . . . . . . . . ▶ ☐ | | | 11 | |
| | 12 | a Child tax credit/credit for other dependents _____ b Add any amount from Schedule 3 and check here ▶ ☐ | | | 12 | |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . | | | 13 | |
| | 14 | Other taxes. Attach Schedule 4 . . . . . . . . . . . . . . . . . | | | 14 | |
| | 15 | Total tax. Add lines 13 and 14 . . . . . . . . . . . . . . . . . | | | 15 | |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . | | | 16 | |
| | 17 | Refundable credits: a EIC (see inst.) _____ b Sch. 8812 _____ c Form 8863 _____ | | | | |
| | | Add any amount from Schedule 5 _____ | | | 17 | |
| | 18 | Add lines 16 and 17. These are your total payments . . . . . . . . . . | | | 18 | |
| Refund | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid . . . | | | 19 | |
| | 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here . . . ▶ ☐ | | | 20a | |
| Direct deposit? See instructions. | ▶ b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | | | |
| | ▶ d | Account number _____ | | | | |
| | 21 | Amount of line 19 you want applied to your 2019 estimated tax . ▶ | 21 | | | |
| Amount You Owe | 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions . . . ▶ | | | 22 | |
| | 23 | Estimated tax penalty (see instructions) . . . . . . . . . . . ▶ | 23 | | | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form **1040** (2018)

**1040** Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **2019** OMB No. 1545-0074

Filing Status: [ ] Single [ ] Married filing jointly [ ] Married filing separately (MFS) [✓] Head of household (HOH) [ ] Qualifying widow(er) (QW)

Your first name and middle initial: **ANNE G.**
Last name: **TELASCO**

Home address (number and street). ...
City, town or post office, state, and ZIP code. ...

**ROCHESTER, NEW YORK 14611**

Standard Deduction

Age/Blindness: You: [ ] Were born before January 2, 1955 [ ] Are blind   Spouse: [ ] Was born before January 2, 1955 [ ] Is blind

Dependents:

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) |
|---|---|---|---|---|
| ANNGELICA-MARIE O. ESHESINUA | | | DAUGHTER | ✓ |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest | 2a | b Taxable interest. Attach Sch. B if required | 2b |
| 3a | Qualified dividends | 3a | b Ordinary dividends. Attach Sch. B if required | 3b |
| 4a | IRA distributions | 4a | b Taxable amount | 4b |
| 4c | Pensions and annuities | 4c | d Taxable amount | 4d |
| 5a | Social security benefits | 5a | b Taxable amount | 5b |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | | 6 | |
| 7a | Other income from Schedule 1, line 9 | | 7a | |
| 7b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your total income | | 7b | 17,372.00 |
| 8a | Adjustments to income from Schedule 1, line 22 | | 8a | 1,849.00 |
| 8b | Subtract line 8a from line 7b. This is your adjusted gross income | | 8b | 15,523.00 |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | | -0- |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | -0- |
| 11a | Add lines 9 and 10 | | 11a | -0- |
| 11b | Taxable income. Subtract line 11a from line 8b. If zero or less, enter -0- | | 11b | 15,523.00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2019)

Form 1040 (2019)

| | | | | | |
|---|---|---|---|---|---|
| 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 12a | | | |
| b | Add Schedule 2, line 3, and line 12a and enter the total | | 12b | | |
| 13a | Child tax credit or credit for other dependents | 13a | | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total | | 13b | | |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | 14 | | |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 15 | | 1,227.00 |
| 16 | Add lines 14 and 15. This is your total tax | ► | 16 | | 1,227.00 |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | 17 | | -0- |
| 18 | Other payments and refundable credits: | | | | |
| a | Earned income credit (EIC) | 18a | See EIC | | |
| b | Additional child tax credit. Attach Schedule 8812 | 18b | | | |
| c | American opportunity credit from Form 8863, line 8 | 18c | | | |
| d | Schedule 3, line 14 | 18d | | | |
| e | Add lines 18a through 18d. These are your total other payments and refundable credits | ► | 18e | | -0- |
| 19 | Add lines 17 and 18e. These are your total payments | ► | 19 | | |
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you overpaid | | 20 | | |
| 21a | Amount of line 20 you want refunded to you. If Form 8888 is attached, check here ► ☐ | | 21a | | |
| b | Routing number _____  ► c Type: ☐ Checking  ☐ Savings | | | | |
| d | Account number _____ | | | | |
| 22 | Amount of line 20 you want applied to your 2020 estimated tax ► | 22 | | | |
| 23 | Amount you owe. Subtract line 19 from line 16. For details on how to pay, see instructions | ► | 23 | | |
| 24 | Estimated tax penalty (see instructions) ► | 24 | | | |

**Refund**

Direct deposit?
See instructions.

**Amount You Owe**

**Third Party Designee**

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ Yes. Complete below.  ☐ No

Designee's name ►

Phone no. ►

Personal identification number (PIN) ►

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date 1/14/2020 | Your occupation  REAL ESTATE MANAGEMENT | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)

Phone no. | Email address

**Paid Preparer Use Only**

Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed

Firm's name ►

Firm's address ►

Phone no.

Firm's EIN ►

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form 1040 (2019)

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

## U.S. Individual Income Tax Return

**2020** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

[☑] Single [ ] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ANNE GEORGES | TELASCO | |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions.
764 JAY STREET | Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.
ROCHESTER | State: NEW YORK | ZIP code: 14611

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? [ ] Yes [☑] No

**Standard Deduction**

Someone can claim: [☑] You as a dependent [ ] Your spouse as a dependent

[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [ ] Were born before January 2, 1956 [ ] Are blind  Spouse: [ ] Was born before January 2, 1956 [ ] Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest . . . | 2a | | |
| | b Taxable interest . . . . . | | 2b | |
| 3a | Qualified dividends . . . | 3a | | |
| | b Ordinary dividends . . . . | | 3b | |
| 4a | IRA distributions . . . | 4a | | |
| | b Taxable amount . . . . . | | 4b | |
| 5a | Pensions and annuities . . | 5a | | |
| | b Taxable amount . . . . . | | 5b | |
| 6a | Social security benefits . . | 6a | | |
| | b Taxable amount . . . . . | | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ [ ] | | 7 | |
| 8 | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . . ▶ | | 9 | 17,814.00 |
| 10 | Adjustments to income: | | | |
| a | From Schedule 1, line 22 | 10a | 1,882.00 | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | 0 | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** . . . . . . . ▶ | | 10c | 1,882.00 |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** . . . . . . . ▶ | | 11 | 15,932.00 |
| 12 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . | | 12 | |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . | | 13 | |
| 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . . . . | | 14 | 0 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . . . . . . | | 15 | 15,932.00 |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. | Cat. No. 11320B | Form **1040** (2020)

| | | | | |
|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | | 16 | |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | |
| 19 | Child tax credit or credit for other dependents | | 19 | |
| 20 | Amount from Schedule 3, line 7 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 23 | 1,362.00 |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | 24 | 1,362.00 |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | 0 | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | 0 |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

| | | | |
|---|---|---|---|
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) | 27 | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | |
| 31 | Amount from Schedule 3, line 13 | 31 | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | |

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 35a | |

Direct deposit? See instructions.
▶ b Routing number ____ ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number ____

| | | |
|---|---|---|
| 36 | Amount of line 34 you want applied to your 2021 estimated tax ▶ | 36 |

**Amount You Owe**

For details on how to pay, see instructions.

| | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | 37 | |
| | **Note:** Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes. Complete below.** ☐ **No**

Designee's name ▶ ____  Phone no. ▶ ____  Personal identification number (PIN) ▶ ____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature ____  Date 5/3/2021  Your occupation MAINTeNANCe  If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Spouse's signature. If a joint return, both must sign. ____  Date ____  Spouse's occupation ____  If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. ____  Email address ____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|

Firm's name ▶ ____  Phone no. ____
Firm's address ▶ ____  Firm's EIN ▶ ____

Go to *www.irs.gov/Form1040* for instructions and the latest information.  Form **1040** (2020)